UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SPARTAN DIRECTIONAL, L.L.C. | : | CASE NO. 6:22-cv-2212 |
| VERSUS | : | JUDGE ROBERT R. SUMMERHAYS |
| MT. HAWLEY INSURANCE COMPANY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 29] of the Magistrate Judge previously filed herein and after an independent review of the record and consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

IT IS ORDERED that defendant's Motion to Transfer Venue [doc. 7] is GRANTED.

IT IS FURTHER ORDERED that the above captioned matter be, and the same is hereby, transferred to the United States District Court for the Southern District of New York.

THUS DONE in Chambers on this 29th day of March, 2023.

Robert R. Summerhays
United States District Judge